STEPHEN A. WEST, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued March 17, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

February 7, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Mr. Tolles* for appellant.

*Alfred Taylor* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.